98

COM.

v.

**ROBINSON, C.**

**1397 EDA 2015**

Superior Court of Pennsylvania.

06/23/2017

CP–51–CR–0014500–2012 (Philadelphia)

Affirmed

COM.

v.

**CASTRO, J.**

**2857 EDA 2015**

Superior Court of Pennsylvania.

06/23/2017

Reargument Denied 8/25/2017

CP–51–CR–0006739–2014 (Philadelphia)

Affirmed

COM.

v.

**TUCKER, R.**

**82 EDA 2016**

Superior Court of Pennsylvania.

06/23/2017

CP–51–CR–0010230–2010 (Philadelphia)

Affirmed

COM.

v.

**MUNDY, V.**

**537 EDA 2016**

Superior Court of Pennsylvania.

06/23/2017

CP–51–CR–1208861–1986, (Philadelphia)

Affirmed